# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2023 ND 212

State of North Dakota,                                          Plaintiff and Appellee

v.

Elden Jojuan Sparkman,                                      Defendant and Appellant

## No. 20230134

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Reid A. Brady, Judge.

AFFIRMED.

Per Curiam.

SheraLynn Ternes (argued) and Nicholas S. Samuelson (appeared), Assistant State's Attorneys, Fargo, N.D., for plaintiff and appellee.

Samuel A. Gereszek, Grand Forks, N.D., for defendant and appellant.

**Per Curiam.**

[¶1]   Elden Jojuan Sparkman appeals from a criminal judgment entered after a jury trial. Sparkman argues the district court erred by admitting testimonial hearsay evidence through a 911 call, asserting that in the context it was made, "no objection" was meant here to preserve a prior objection to the call. He also argues insufficient evidence supports the conviction. After reviewing the record, we conclude sufficient evidence supports the verdict. We summarily affirm under N.D.R.App.P. 35.1(a)(3) and (7). *See State v. Brewer*, 2017 ND 95, ¶ 5, 893 N.W.2d 184 (finding defendant "waived this claim of error when his attorney not only failed to object to the State's admission of evidence at trial, but unequivocally stated there was 'no objection'").

[¶2]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr